In the Matter of Jerome O. Ellis, Admitted as an Attorney as Jerome Ellis.— Matter referred to Honorable James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of Michael H. Grae, an Attorney.— Matter referred to Honorable James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of Joseph P. Walsh, an Attorney.— Matter referred to Honorable James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

## (December 16, 1938.)

Edna Barr, Sadie Sporn, on Behalf of Themselves and All Others Similarly Situated, Appellants, v. Algon Realty Corporation and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

Anna Conlin, Respondent, v. Yonkers Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 809.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

Niels G. DuPont, Appellant, v. Port Chester Savings Bank and Others, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

Federation Bank and Trust Company, Respondent, v. Andrew Jackson Apartments, Inc., Appellant, and The People of the State of New York, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

David A. Fisher and Others, on Behalf of Themselves and All Others Similarly Situated Who May Come in and Join the Plaintiffs in This Action, Appellants, v. Manhattan Beach Estates and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.